November 13, 2006

Ms. Marcy L. Miles Taylor
260 County Road 123
Abilene, TX 79601
Mr. Gary M. Bellair
Craig Terrill Hale & Grantham, L.L.P.
P. O. Box 1979
Lubbock, TX 79408-1979

RE: Case Number: 06-0658
 Court of Appeals Number: 07-06-00194-CV
 Trial Court Number:

Style: MARCY L. MILES TAYLOR
 v.
 TERRY L. TAYLOR

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Peggy |
| |Culp |